UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/1/2020

---

YONY SOSA, *on behalf of himself and all other persons similarly situated*,

                    Plaintiff,

            v.

ASSET MARKETING SERVICES, LLC,

                    Defendant.

---

20-CV-7129 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On September 1, 2020, Plaintiff Yony Sosa brought this action alleging violations of the Americans with Disabilities Act ("ADA").  On September 4, 2020,  the Court ordered the parties to submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter within forty-five days of the service of the summons and complaint.  Defendant Asset Marketing Services, LLC waived services on October 12, 2020.

The Court has not since received any response from the parties.  No later than December 15, 2020, the parties shall file the requested joint letter.

SO ORDERED.

Dated:      December 1, 2020
            New York, New York

Ronnie Abrams
United States District Judge